FILED
2015 Feb-17  PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA WESTERN DIVISION

| | | |
|---|---|---|
| **FAST & EASY FOOD STORES, INC.,** | **)** | |
| | **)** | |
| **Plaintiff,** | | |
| | **)** | |
| **v.** | | **Case No. 7:11-cv-1929-PWG** |
| | **)** | |
| **GREENE BEVERAGE COMPANY, INC.,** | **)** | |
| | | |
| **Defendant.** | **)** | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to *Fed. R. Civ. P.* 41(a)(1)(A)(ii), the Parties, Plaintiff Fast & Easy Food Stores, Inc. ("F&E") and Defendant Greene Beverage Company, Inc. ("Greene"), hereby stipulate to a dismissal ***with prejudice*** of this action and all claims therein, with each party to bear its own costs.

/s/ **Charles A. Hardin**
Attorney for Plaintiff
Fast & Easy Food Stores, Inc.

OF COUNSEL:
Charles A. Hardin
**HARDIN & HUGHES LLP**
2121 14th Street
Tuscaloosa, Alabama 35401
205-344-6690
chardin@hardinhughes.com

1

**/s/ Wilson F. Green**
Attorney for Defendant
Greene Beverage Company, Inc.

OF COUNSEL:
Wilson F. Green
**FLEENOR & GREEN LLP**
204 Marina Drive, Ste. 200
Tuscaloosa, Alabama 35406
205-722-1018
wgreen@fleenorgreen.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served via the CM/ECF system, on the date of filing, which shall effect service on counsel of record.

**/s/ Charles A. Hardin**
Of Counsel

2