# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **FAST & EASY FOOD STORES, INC.,** | }<br>}<br>} |
| **Plaintiff,** | }<br>} |
| v. | } **Case No.: 7:11-cv-01929-MHH**<br>}<br>} |
| **GREENE BEVERAGE COMPANY, INC.,** | }<br>} |
| **Defendant.** | |

## **ORDER**

Plaintiff Fast & Easy Food Stores, Inc. and defendant Greene Beverage Company, Inc. have filed a joint stipulation of dismissal with prejudice. (Doc. 32).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this February 17, 2015.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE